UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| PAULA MACK,<br>　　Plaintiff<br><br>V.<br><br>HYANNIS HARBOR TOURS, INC.,<br>d/b/a HY-LINE CRUISES<br>　　Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No.: |

## PLAINTIFF'S COMPLAINT AND DEMAND FOR A JURY TRIAL

Now comes the Plaintiff, Paula Mack, and for her Complaint against the Defendant, Hyannis Harbor Tours, Inc., doing business as Hy-Line Cruises, states as follows:

### *THE PARTIES*

1. The Plaintiff, Paula Mack, is a resident of the Bronx, County of Bronx, State of New York.

2. The Defendant, Hyannis Harbor Tours, Inc., d/b/a Hy-Line Cruises, is a corporation duly organized and existing under the laws of the Commonwealth of Massachusetts, with a principal place of business in Hyannis, County of Barnstable, Commonwealth of Massachusetts.

### *JURISDICTION*

3. This Court has subject matter jurisdiction over this matter pursuant to 28 U.S.C. §§ 1332 as there is complete diversity of citizenship between the parties and the amount in controversy exceeds $75,000.00.

4. This Court has subject matter jurisdiction over this matter pursuant to 28 U.S.C. § 1333.

## *GENERAL FACTUAL ALLEGATIONS*

5. On or about June 5, 2012, the Plaintiff, Paula Mack, was a passenger lawfully aboard the M/V SEA QUEEN II.

6. On or about June 5, 2012, the Defendant, Hyannis Harbor Tours, Inc., d/b/a Hy-Line Cruises, owned the M/V SEA QUEEN II.

7. On or about June 5, 2012, the Defendant, Hyannis Harbor Tours, Inc., d/b/a Hy-Line Cruises, operated the M/V SEA QUEEN II.

8. On or about June 5, 2012, the Defendant, Hyannis Harbor Tours, Inc., d/b/a Hy-Line Cruises, controlled the M/V SEA QUEEN II.

9. On or about June 5, 2012, the Defendant, Hyannis Harbor Tours, Inc., d/b/a Hy-Line Cruises, chartered the M/V SEA QUEEN II from some other person or entity such that on or about June 5, 2012, the Defendant, Hyannis Harbor Tours, Inc., d/b/a Hy-Line Cruises, was the owner *pro hac vice* of the M/V SEA QUEEN II.

10. On or about June 5, 2012, the M/V SEA QUEEN II was in navigable waters.

11. On or about June 5, 2012, while a passenger aboard the M/V SEA QUEEN II, the Plaintiff, Paula Mack, sustained personal injuries.

12. Prior to and at the time she sustained the above-mentioned personal injuries, the Plaintiff, Paula Mack, was exercising due care.

## *COUNT I—NEGLIGENCE*
*Paula Mack v. Hyannis Harbor Tours, Inc., d/b/a Hy-Line Cruises*

13. The Plaintiff, Paula Mack, reiterates the allegations set forth in paragraphs 1-12 above.

14. The personal injuries sustained by the Plaintiff, Paula Mack, were not caused by any fault

on her part but were caused by the negligence of the Defendant, Hyannis Harbor Tours, Inc., d/b/a Hy-Line Cruises.

15. As a result of said personal injuries, the Plaintiff, Paula Mack, has suffered pain of body and anguish of mind, lost wages, lost time from her usual pursuits, incurred medical expenses, and has sustained and will sustain further damages as will be shown at trial.

**WHEREFORE**, the Plaintiff, Paula Mack, demands judgment against the Defendant, Hyannis Harbor Tours, Inc., d/b/a Hy-Line Cruises, in an amount to be determined by a jury, together with interests and costs.

**THE PLAINTIFF CLAIMS TRIAL BY JURY AS TO ALL ISSUES RAISED IN HER COMPLAINT**

Respectfully submitted for the
the Plaintiff, Paula Mack,
by her attorney,

Dated: 03/18/2015

/s/ Jonathan E. Gilzean
Jonathan E. Gilzean, BBO #679164
Latti & Anderson, LLP
30-31 Union Wharf
Boston, MA 02109
(617) 523-1000
JGilzean@lattianderson.com